WILLIAM R. WRIGHT ET AL., APPELLANTS, V. LAFAY-
ETTE GRIMES, APPELLEE.

FILED NOVEMBER 8, 1894. No. 5095.

Action to Quiet Title: REVIEW OF JUDGMENT: SUFFICIENCY
OF EVIDENCE. The evidence in this case examined, and found
to support the finding of the district court, and the decree is
affirmed.

APPEAL from the district court of Johnson county.
Heard below before BROADY, J.

*T. Appelget* and *C. K. Chamberlain,* for appellants.

*S. P. Davidson* and *J. Hall Hitchcock, contra.*

RAGAN, C.

On the 13th day of August, 1890, William R. Wright
and Sytha Phillips brought this suit in the district court
of Johnson county against Lafayette Grimes et al. In
their petition Wright and Phillips set out that they were
the owners of the following described real estate, situate
in Johnson county, Nebraska, to-wit: The west half of
the southwest quarter of section 25, and the southeast
quarter of the southeast quarter of section 26, all in town-
ship 6 north and range 9 east of the 6th P. M.; that they
were the owners of said land by inheritance from one Hi-
ram J. Wright, to whom the lands were patented by the
United States government in 1861; that the defendant
Grimes claimed title to said lands under and by virtue of a
tax deed dated November 24, 1874; they alleged that said
tax deed was void for numerous reasons assigned in the
petition; they prayed for an accounting of the rents, profits,
taxes, and interest and improvements on said land, and
offered to pay whatever the court might find to be due
Grimes by reason thereof, and prayed that said tax title

might be canceled, and that the title to said lands might be confirmed and quieted in them, the said Wright and Phillips.  Grimes, in his answer to this petition, alleged, in substance, that Wright and Phillips had brought against him, in the district court of Johnson county, a suit in all respects similar to the one at bar, on the 8th of December, 1888, and that on the 26th day of December, in said year, he had compromised and settled said case with them by paying them $410 in cash, and that they had then and there executed and delivered to him a quitclaim deed of all their interests in said lands; that said deed was duly witnessed, acknowledged, and recorded, and that at the same time the said Wright and Phillips had voluntarily dismissed the said action brought by them December 8, 1888, and he prayed that the title to said lands as against the said Wright and Phillips might be quieted and confirmed in him.  To this answer Wright and Phillips replied, admitting the execution and delivery of the deed of December 26, 1888, the bringing of the suit December 8, 1888, and its dismissal by them, and the receipt from Grimes of the said sum of $410 as a consideration for the execution of said quitclaim deed; but they alleged that said dismissal of said action and the said quitclaim deed were procured by false and fraudulent representations made to them by Grimes, his agents and attorneys, and relied upon by them, the said Wright and Phillips, and but for which said false and fraudulent representations they would not have executed said deed and dismissed said suit.  The district court found and decreed the issues in favor of Grimes, and Wright and Phillips bring the case here on appeal.  The evidence on which the district court acted was very conflicting, but after a careful consideration of it we cannot say that the finding made by the district court is unsupported by the evidence, and for that reason the decree is

                                    AFFIRMED.